**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **EDWARD FORMAN,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:08-CV-7 (HL) |
| : | |
| **WILLIAM TERRY, et al.,** : | |
| : | |
| Defendants. : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendations ("R&R") (Doc. 56, 57), which recommend granting Defendants' Motion to Dismiss (Doc. 23), and denying Plaintiff's motion seeking leave to file an amended complaint (Doc. 39), denying Plaintiff's motion seeking a preliminary injunction and/or temporary restraining order (Doc. 40), denying Plaintiff's second motion seeking a preliminary injunction or protective order (Doc. 47), and denying Plaintiff's motion seeking to amend his second extraordinary motion for a preliminary injunction or protective order (Doc. 48). Plaintiff filed no objections to the Magistrate Judge's R&R. After careful consideration and *de novo* review of the R&R, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 30th day of March, 2009.

*s/   Hugh Lawson*
**HUGH LAWSON, Judge**

wjc